UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Troy Lee Mullner,<br><br>　　　Petitioner<br>v.<br><br>Brian Williams, et al.,<br><br>　　　Respondents | Case No.: 2:20-cv-00535-JAD-BNW<br><br>**Order Directing Further<br>Action to Avoid Dismissal** |

　　　Petitioner Troy Lee Mullner has submitted a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254.[1]  He also submitted an application to proceed *in forma pauperis* but acknowledged that the required inmate account statements for the past sixth months and financial certificate are missing.[2]  He noted that he had turned in a financial certificate to High Desert State Prison personnel to be processed.  As a result of these deficiencies, this matter has not been properly commenced.  Mullner has until May 15, 2020, to either (1) pay the $5.00 filing fee or (2) submit his inmate account statement for the past six months and a properly executed financial certificate.  If he fails to take one of these actions by May 15, 2020, this action may be dismissed without prejudice.

　　　**IT IS THEREFORE ORDERED** that **Mullner has until May 15, 2020, to either pay the $5.00 filing fee or submit both the inmate account statement for the past six months and a properly executed financial certificate.  If he fails to do so, this case may be dismissed without prejudice.**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　Dated: April 15, 2020

---

[1] ECF No. 1-1.

[2] *See* 28 U.S.C. § 1915(a)(2); Local Rule LSR1-2.