**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TROY LEE MULLNER,<br><br>　　　Petitioner<br><br>v.<br><br>JOHNSON, et al.,<br><br>　　　Respondents | Case No.: 2:20-cv-00535-JAD-BNW<br><br>**Order Granting Extension of Time to File Second-Amended Petition to November 6, 2023**<br><br>[ECF No. 44] |

　　　Counseled habeas petitioner Troy Lee Mullner seeks an extension of time to file his second-amended petition.[1] I previously granted a stay in this case pending completion of investigation by Mullner's counsel and the completion of an expert report.[2] Counsel now explains that she just received the expert's final report and needs additional time to complete the amended petition. She notes that she doesn't anticipate requesting further extensions. With good cause appearing, IT IS ORDERED that petitioner's unopposed fourth motion for extension of time to file a second-amended petition **[ECF No. 44] is GRANTED. The deadline to file the second-amended petition is extended to November 6, 2023**.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　Dated: August 30, 2023

---

[1] ECF No. 44.
[2] ECF No. 36.