UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TROY LEE MULLNER,<br><br>　　Petitioner<br><br>v.<br><br>JOHNSON, et al.,<br><br>　　Respondents | Case No.: 2:20-cv-00535-JAD-BNW<br><br>**Order Lifting Stay, Granting Motion to Seal and Granting Extension of Time to Respond to Second Amended Petition to February 19, 2024**<br><br>[ECF Nos. 48, 52] |

　　I previously granted Troy Lee Mullner a stay in this habeas matter pending completion of the Federal Public Defender's investigation of his case, and the case was administratively closed.[1] Mullner has now filed a second amended petition, and he moves for leave to file an exhibit under seal.[2] While there is a presumption favoring public access to judicial filings and documents,[3] a party seeking to seal a judicial record may overcome the presumption by demonstrating "compelling reasons" that outweigh the public policies favoring disclosure.[4] In general, "compelling reasons" exist where the records may be used for improper purposes.[5] Here, Mullner asks to file his psychiatric evaluation under seal in order to protect his privacy rights under Title I of the Health Insurance Portability and Accountability Act of 1996. The need

---

[1] ECF No. 36.

[2] ECF No. 48.

[3] *See Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 (1978).

[4] *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006) (citations omitted).

[5] *Id*. at 1179 (citing *Nixon*, 435 U.S. at 598).

to protect medical privacy qualifies as a "compelling reason" to seal records.[6] I have reviewed the report and conclude that Mullner has demonstrated compelling reasons to file it under seal. So I grant the motion, and the psychiatric evaluation will remain under seal.

Respondents also ask the court for an extension of time to file a response to the second amended petition, which Mullner does not oppose.[7] Good cause appearing, I grant the extension.

IT IS THEREFORE ORDERED that **THE STAY IS LIFTED,** and the Clerk of Court is directed to **REOPEN** THE FILE in this action.

IT IS FURTHER ORDERED that petitioner's motion for leave to file exhibit under seal **[ECF No. 48] is GRANTED**.

IT IS FURTHER ORDERED that respondents' unopposed motion for extension of time to file a response to the second amended petition **[ECF No. 52] is GRANTED** *nunc pro tunc*. **The deadline to file the response is extended to February 19, 2024**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 14, 2024

---

[6] *See, e.g.*, *Williams v. Nevada Dept. of Corrections*, 2:13-cv-00941-JAD-VCF, 2014 WL 3734287 at *1 (D. Nev. July 29, 2014); *San Ramon Reg'l Med. Ctr., Inc. v. Principal Life Ins. Co.*, 2011 WL 89931, at *1 n.1 (N.D. Cal. 2011).

[7] ECF No. 52.