# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TROY LEE MULLNER,

    Petitioner

v.

JOHNSON, et al.,

    Respondents

Case No.: 2:20-cv-00535-JAD-BNW

**Order Granting Extension of Time to File Opposition to Motion to Dismiss to July 5, 2024**

[ECF No. 63]

    Petitioner Troy Lee Mullner asks the court for an extension of time to file an opposition to respondents' motion to dismiss his 28 U.S.C. § 2254 habeas corpus petition.[1]  While I find good cause for this extension, I am highly unlikely to grant any further extension absent extraordinary circumstances.

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time to file an opposition to the motion to dismiss **[ECF No. 63] is GRANTED**.  **The deadline to file the opposition is extended to July 5, 2024**.

    _____
U.S. District Judge Jennifer A. Dorsey
Dated: April 10, 2024, *nunc pro tunc* to April 5, 2024.

---

[1] ECF No. 63.