# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Troy Lee Mullner,<br><br>　　　Petitioner<br><br>v.<br><br>Johnson, et al.,<br><br>　　　Respondents | Case No.: 2:20-cv-00535-JAD-BNW<br><br>**Order Granting Extension of Time to File Reply in Support of Motion to Dismiss to August 14, 2024**<br><br>[ECF No. 66] |

Respondents seek an extension of time to file a reply in support of their motion to dismiss Troy Lee Mullner's 28 U.S.C. § 2254 habeas corpus petition.[1]  While I find good cause appearing to grant the extension, absent extraordinary circumstances (which will not include respondents' counsel's workload), **it is highly unlikely that I will grant another extension.**

IT IS THEREFORE ORDERED that respondents' unopposed motion for extension of time to file a reply in support of the motion to dismiss **[ECF No. 66] is GRANTED** *nunc pro tunc* to July 15, 2024.  **The deadline to reply is extended to August 14, 2024**.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　Dated: July 25, 2024

---

[1] ECF No. 66.