# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Troy Lee Mullner,

    Petitioner

v.

Johnson, et al.,

    Respondents

Case No.: 2:20-cv-00535-JAD-BNW

**Order Granting Extension of Time to File Answer to Petition to December 23, 2024**

[ECF No. 71]

    Respondents seek an extension of time to file an answer to Troy Lee Mullner's 28 U.S.C. § 2254 second amended habeas corpus petition.[1]  Good cause appearing,

    IT IS ORDERED that respondents' unopposed motion for extension of time to file an answer to the petition **[ECF No. 71] is GRANTED** *nunc pro tunc* to October 22, 2024.  **The deadline to answer is extended to December 23, 2024**.

                                                      _____
                                                      U.S. District Judge Jennifer A. Dorsey
                                                      Dated: October 30, 2024

---

[1] ECF No. 71.