UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Troy Lee Mullner,<br><br>      Petitioner<br><br>v.<br><br>Johnson, et al.,<br><br>      Respondents | Case No.: 2:20-cv-00535-JAD-BNW<br><br>**Order Granting Extension of Time to File Answer to Petition to<br>February 6, 2025**<br><br>[ECF No. 73] |

    Respondents seek a second extension of time to file an answer to Troy Lee Mullner's 28 U.S.C. § 2254 second amended habeas corpus petition.[1]  Good cause appearing,

    IT IS ORDERED that respondents' unopposed second motion for extension of time to file an answer to the petition **[ECF No. 73] is GRANTED** *nunc pro tunc*.  **The deadline to answer is extended to February 6, 2025**.  Counsel for respondents are cautioned that the court is not likely to extend this deadline a third time to accommodate their workload.

                                  _____
                                  U.S. District Judge Jennifer A. Dorsey
                                  Dated: January 7, 2025, *nunc pro tunc* to December 23, 2024

---

[1] ECF No. 73.