**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Troy Lee Mullner,<br><br>      Petitioner<br><br>v.<br><br>Johnson, et al.,<br><br>      Respondents | Case No.: 2:20-cv-00535-JAD-BNW<br><br>**Order Granting Extension of Time to Reply to Answer to Petition to June 9, 2025**<br><br>[ECF No. 76] |

     Troy Lee Mullner, through his counsel the Federal Public Defender, asks for an extension of time to file a reply in support of his 28 U.S.C. § 2254 second amended habeas corpus petition.[1] The FPD seeks additional time due to travel to prisons for client visits, Ninth Circuit oral arguments, assisting colleagues in preparing for oral arguments, and time off due to illness. Good cause appearing,

     IT IS ORDERED that petitioner's unopposed motion for extension of time to file a reply in support of the petition **[ECF No. 76] is GRANTED** *nunc pro tunc* to March 10, 2024. **The deadline to reply is extended to June 9, 2025**.

                                                                                       _____<br>
                                                                         U.S. District Judge Jennifer A. Dorsey<br>
                                                                         Dated: March 11, 2025

---

[1] ECF No. 76.