UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Troy Lee Mullner, | Case No.: 2:20-cv-00535-JAD-BNW |
|---|---|
| Petitioner | |
| v. | **Order Granting Extension of Time to Reply to Answer to Petition to July 9, 2025** |
| Johnson, et al., | |
| Respondents | [ECF No. 78] |

Troy Lee Mullner, through his counsel the Federal Public Defender, asks for an extension of time to file a reply in support of his 28 U.S.C. § 2254 second amended habeas corpus petition.[1] The FPD seeks additional time due to out-of-state travel to prisons for client visits, including a recently assigned case that needed emergency attention, and travel to a mandatory conference. Good cause appearing,

IT IS ORDERED that petitioner's unopposed second motion for extension of time to file a reply in support of the petition **[ECF No. 78] is GRANTED** *nunc pro tunc* to June 9, 2025. **The deadline is extended to July 9, 2025**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 10, 2025

---

[1] ECF No. 78.