UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Troy Lee Mullner,<br><br>   Petitioner<br><br>v.<br><br>Johnson, et al.,<br><br>   Respondents | Case No.: 2:20-cv-00535-JAD-BNW<br><br>**Order Granting Extension of Time to Reply to Answer to Petition to August 8, 2025**<br><br>[ECF No. 80] |

Troy Lee Mullner, through his counsel the Federal Public Defender, asks for an extension of time to file a reply in support of his 28 U.S.C. § 2254 second amended habeas corpus petition.[1]  Good cause appearing,

IT IS ORDERED that petitioner's unopposed third motion for extension of time to file a reply in support of the petition **[ECF No. 80] is GRANTED** *nunc pro tunc*.  **The deadline is extended to August 8, 2025**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 10, 2025

---

[1] ECF No. 80.